NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAMIEN D. FREEMAN,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )     Case No. 2D18-2777
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.

Damien D. Freeman, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.